**SO ORDERED.**

**SIGNED this 30 day of April, 2025.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| IN RE: | |
| MSS, INC., | CASE NO. 23-02487-5-JNC |
| DEBTOR. | CHAPTER 11 |
| MSS, INC., | |
| Plaintiff, | ADVERSARY PROCEEDING |
| v. | NO. 25-00045-5-JNC |
| HUNT ELECTRIC SUPLLY COMPANY, | |
| Defendant. | |

## ORDER EXTENDING TIME TO ANSWER COMPLAINT

This matter comes on to be heard upon the Second Consent Motion to Extend Time to Answer Complaint filed by Hunt Electric Supply Company ("Defendant") in the above-referenced matter.  Based upon evidence presented, the court makes the following findings of fact and conclusions of law:

1. Plaintiff filed the Complaint instituting this action on February 28, 2025 and the

summons was issued by the Clerk of the Bankruptcy Court on February 28, 2025. The deadline to file a responsive pleading is April 30, 2025.

2. Defendant for good cause seeks an extension of time to file a responsive pleading. Defendant has recently retained counsel, are in the process of formulating a response to the Complaint and are in need of additional time to prepare the appropriate responsive pleading.

3. Defendant met and conferred with Plaintiff, through counsel, who consented to this extension of time; now therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the time for Defendant to file a responsive pleading shall be, and hereby is, extended up to and including May 14, 2025.

END OF DOCUMENT