**SO ORDERED.**

**SIGNED this 3 day of November, 2025.**



_Joseph N. Callaway_
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

**IN RE:**

**MSS, INC.**

      **Debtor**

**MSS, INC.,**

      **Plaintiff,**

**v.**

**HUNT ELECTRIC SUPPLY COMPANY,**

      **Defendant.**

**Case No. 23-002487-JNC**
**Chapter 11**

**Adversary Proceeding**
**Case No. 25-00045-5-JNC**

## PRETRIAL SCHEDULING ORDER

Based on the joint preconference report (Dkt. 24) filed October 31, 2025 by Plaintiff MSS, Inc. ("MSS," "Debtor" or "Plaintiff") and defendant Hunt Electric Supply Company ("Hunt" or "Defendant"), the following provisions and deadlines apply in this adversary proceeding:

**<u>Issues</u>**:

The parties state that the issues raised by the pleadings are as follows:

1. Whether Plaintiff is entitled to avoidance and recovery of the payments and transfers made to Defendant and identified in the Complaint (Dkt. 1) totaling $290,053.50, as preferential transfers pursuant to §§ 547(b) and 550 of the Bankruptcy Code.

**<u>Jurisdiction and Jury Trial</u>**:

The parties agree no issues concerning jurisdiction, venue, or the authority of this court are presented. They further agree this matter is a core proceeding, and to the extent it is not a core proceeding, the parties consent to entry of final orders and judgments by the court. No trial demand has been made with respect to those claims surviving the partial dismissal order entered by the court, and the parties acknowledge and agree all jury trial rights, to the extent any may be presented, are waived.

**<u>Rule 26(a)(1)</u>**: The parties agree to waive Rule 26(a)(1) initial disclosures.

**<u>Discovery Deadline</u>**: All discovery must be completed by **April 24, 2026.**

**<u>Rule 26(a)(2)</u>**: The parties do not presently know whether the use of expert witnesses will be necessary. If experts are later named, disclosure of expert information required by Rule 26(a)(2) of the Federal Rules of Civil Procedure should be made by **March 24, 2026.**

**<u>Amendments</u>**: The parties do not currently contemplate that the pleadings need to be amended or the joinder of additional parties. However, in the event the parties determine that such amendment or joinder is necessary, the deadline for a party to seek leave to amend its pleadings and/or to join additional parties is **February 27, 2026.** After that date, to obtain leave to amend pleadings or join additional parties, the movant must show that, absent good cause, such amendment will not delay the trial of this matter.

**<u>Dispositive Motions</u>**: Any dispositive motions must be filed by **May 22, 2026**. The non-moving party shall have 21 days to respond from the date of the filing of such motion. After the time for response has run, the court will determine whether to set a hearing on the motion or to rule on the documents as filed.

**<u>Mediation</u>**: The Parties do not believe mediation would be beneficial at this time. If formal mediation is later desired, a motion may be filed.

**<u>Pretrial Order</u>:** A proposed joint final pretrial order is due from counsel by **July 7, 2026.**

**Final Pretrial Conference:** The final pretrial conference will be held by telephone as follows:

**DATE**: **Thursday, July 9, 2026**
**TIME**: 1:00 PM

To join the conference please dial:
**646-828-7666**

**Meeting ID: 160 571 2628**
**Passcode: 95484053**

Counsel will be fully prepared to present all information and argument necessary for determination of documentary evidence objections and completion of the pretrial conference.

**Trial:** The trial of this adversary proceeding is scheduled as follows:

**DATE**: **Tuesday, July 14, 2026**
**TIME**: 10:00 AM
**PLACE**: Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

Unless otherwise stated all deadlines are 5:00 p.m. for the date stated. All times indicated are prevailing Eastern Time.

**END OF DOCUMENT**