UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

MSS, INC.,

        Debtor.

Case No. 23-02487-5-JNC
Chapter 11

MSS, INC.,

        Plaintiff,

v.

HUNT ELECTRIC SUPPLY
COMPANY,

        Defendant.

Adversary Proceeding
No. 25-00045-5-JNC

## AFFIDAVIT OF VICTORIA S. HUNT IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, VICTORIA S. HUNT, being first duly sworn, depose and state as follows:

1. I am over eighteen (18) years of age and competent to testify regarding the matters stated herein. I make this Affidavit in support of Defendant Hunt Electric Supply Company's ("Hunt Electric" or "Defendant") Motion for Summary Judgment in the above-captioned adversary proceeding.

2. I am employed by Hunt Electric Supply Company, located at 1213 Maple Avenue, Burlington, North Carolina 27215. I have personal knowledge of the facts stated herein based on my role at Hunt Electric and my review of the company's business records.

3. Hunt Electric was the near exclusive provider of electrical supplies to MSS, Inc. ("MSS" or "Plaintiff") in support of MSS's work as a construction subcontractor specializing in electrical work.

### The $3,965.35 Payment

4. On or about May 15, 2023, Hunt Electric received a check from MSS-Ortiz Electrical Services in the amount of $3,965.35 (check number 24621). The check is dated May 15, 2023, and was drawn on MSS's account at Truist Bank. A true and correct copy of the check is attached to the Brief in Support of the Motion for Summary Judgment as **Exhibit A** and incorporated herein by reference as if attached hereto.

5. The $3,965.35 check was deposited into Hunt Electric's bank account via Remote Deposit Capture on May 16, 2023, as confirmed by automated deposit notification from Truist Bank received by Hunt Electric's staff. A true and correct copy of the deposit confirmation is attached to the Motion for Summary Judgment as **Exhibit A** and incorporated herein by reference as if attached hereto.

6. Payments received directly from MSS were applied by Hunt Electric to the oldest invoices first. The $3,965.35 payment was applied consistent with that practice.

### The Meridian Payment and Hunt's Lien Rights

7. Hunt Electric supplied electrical materials, goods, supplies, and products to MSS for a project commonly known as the Meridian at Rogers Branch project (the "Meridian Project").

8.     Due to outstanding indebtedness owed by MSS to Hunt Electric, Hunt Electric, through its counsel, filed a Claim of Lien on Real Property and served a Notice of Claim of Lien Upon Funds for the Meridian Project on or about July 10, 2023 (collectively, the "Lien Documents"). The Lien Documents identified Meridian at Rogers Branch, LLC as the owner, NorthView Construction, LLC as the general contractor, MSS-Ortiz Electrical Services as the first-tier subcontractor, and Hunt Electric as the second-tier subcontractor and lien claimant.

9.     The Lien Documents asserted that Hunt Electric was owed the sum of $315,683.44 for electrical supplies and materials furnished for the construction and repair of property in connection with the Meridian Project, plus interest, court costs, and attorneys' fees to the extent allowed by law.

10.     On July 21, 2023, NorthView Construction, LLC, the general contractor for the Meridian Project, made a payment of $275,000.00 to Hunt Electric in full settlement of the Lien. The funds were applied to amounts owed by MSS to Hunt Electric for electrical materials, goods, supplies, and products furnished for the Meridian Project.

11.     Following receipt of the $275,000.00 payment, the Lien was released and satisfied on July 21, 2023, as evidenced by the Certificate of Satisfaction, Release and Cancellation of Lien. A true and correct copy of the Certificate of Satisfaction, Release and Cancellation of Lien is attached to the Motion for Summary Judgment as **Exhibit B** and incorporated herein by reference as if attached hereto.

12.   At the time Hunt Electric received the $275,000.00 payment from NorthView, Hunt Electric's lien rights under Chapter 44A of the North Carolina General Statutes exceeded the amount of the payment. The amount claimed in the Lien was $315,683.44, and the payment received was $275,000.00.

Further Affidavit Sayeth Not.

(Signature Page to Follow)

_____
Victoria S. Hunt
Hunt Electric Supply Company

Sworn to and subscribed before me

By Victoria S. Hunt, this 22 day of May, 2026.

_____
Notary Public

My Commission Expires: 6-7-2030

PATSY B GENTRY
NOTARY
PUBLIC
GUILFORD COUNTY, NC