# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:

MSS, INC.,

      Debtor.

MSS, INC.,

      Plaintiff,

   v.

HUNT ELECTRIC SUPPLY
COMPANY,

      Defendant.

Case No. 23-02487-5-JNC
Chapter 11

Adversary Proceeding
No. 25-00045-5-JNC

## DEFENDANT'S AMENDED MOTION FOR SUMMARY JUDGMENT

Defendant Hunt Electric Supply Company moves pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7056, for entry of summary judgment in its favor on the remaining claim asserted by Plaintiff MSS, Inc. ("MSS"). As explained in the accompanying Memorandum of Law, there is no genuine issue of material fact as to two of the alleged transfers, and Hunt is entitled to judgment as a matter of law as to those transfers. In support of this motion, Defendant relies on the pleadings of record, the Court's Order dated September 2, 2025 on Defendant's Motion to Dismiss (D.E. 21), and the Affidavit of Victoria S. Hunt in support of Defendant's Motion for Summary Judgment.

1

WHEREFORE, Defendant prays for this Court to enter summary judgment in favor of Defendant as to all remaining claims in this action, to tax the costs of this action to the Plaintiff and to grant such other and further relief as the Court deems just and proper.

Dated:  May 22, 2026 **WOMBLE BOND DICKINSON (US) LLP**

By: /s/ James S. Livermon, III
James S. Livermon, III
NC State Bar No. 26492
Jesse A. Schaefer
NC State Bar No. 44773
Eudora F. S. Arthur
NC State Bar No. 59854
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2148
Email:  charlie.livermon@wbd-us.com
jesse.schaefer@wbd-us.com
dorie.arthur@wbd-us.com

*Counsel for Hunt Electric Supply Company*

**CERTIFICATE OF SERVICE**

I, the undersigned, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, the foregoing Defendant's Motion for Summary Judgment was served by electronic means through the court's CM/ECF service on:

> Joseph Z. Frost, Esq.
> Buckmiller, Boyette & Frost, PLLC
> *Attorney for Debtor-Plaintiff MSS, Inc.*

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  May 22, 2026 **WOMBLE BOND DICKINSON (US) LLP**

By:  /s/ James S. Livermon, III
James S. Livermon, III
NC State Bar No. 26492
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2148
Email: charlie.livermon@wbd-us.com

*Counsel for Hunt Electric Supply Company*